FREDA SHERER, Appellant, v. FRANK BRAUN and Others, Respondents, Impleaded with Others. ISAAC SHERER, Appellant, v. FRANK BRAUN and Others, Respondents, Impleaded with Others.— Judgments and orders unanimously affirmed, with costs in one appeal. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

CHESTER G. YEAGER, Appellant, v. BRUCE FERGUSON, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

## FOURTH DEPARTMENT, SEPTEMBER, 1929.

EDGAR BURNELL, Plaintiff, v. JAMES ANDERSON and GEORGE F. CHILD, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PETER J. GAGLIANO, Appellant, v. A. LYNN PARDEE, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARTIN NICHOLAS, Individually and as Administrator, etc., of ANNA C. NICHOLAS, Deceased, Plaintiff, v. FRED SHIELDS and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ALLING & CORY COMPANY, Respondent, v. GILLIES LITHOGRAPHING AND PRINTING COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THEODORE DOIRON, Plaintiff, v. JAMES ANDERSON and GEORGE F. CHILD, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FLOYD W. LIFE, Appellant, v. ALLEN J. BECKER, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NATALIE WILDEY FARLEE, Respondent, v. HART S. FARLEE, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FLORENCE CAMPBELL WHEELER, as Administrarix, etc., of NELLIE C. TICHNER, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HERBERT C. SNELGROVE, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN SULLIVAN, Appellant, v. LAWRENCE B. SISSON, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.